◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UMARUBOR HARVEY, Appellant. [964 NYS2d 430]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 21, 1995 (*People v Harvey*, 212 AD2d 730 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered March 17, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Lott, Austin and Hinds-Radix, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKEEM JOHNSON, Appellant. [965 NYS2d 880]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Cyrulnik, J.), imposed September 16, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Foy*, 89 AD3d 1103, 1103 [2011]; *People v Pertillar*, 37 AD3d 740 [2007]). Eng, P.J., Rivera, Leventhal and Sgroi, JJ., concur.